# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2019

## NO. 03-19-00058-CR

**Ex parte Gaspar Benavides Govea**

**APPEAL FROM THE COUNTY COURT OF LLANO COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER
CONCURRING OPINION BY JUSTICE GOODWIN**

This is an appeal from the order denying appellant's application for writ of habeas corpus signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.